[No. 8416–3–II.   Division Two.   July 15, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID EUGENE PYLES, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 84–1–00108–8, Gary W. Velie, J., entered January 18, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 7984–4–II.   Division Two.   July 15, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LAWRENCE PIMENTEL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–1–00137–6, Hewitt A. Henry, J., entered July 20, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9443–6–II.   Division Two.   July 15, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. PATRICK E. BYERS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–2–02472–2, James D. Ladley, J., entered December 6, 1985. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.